IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )         8:10CR108
                                )
        v.                      )
                                )
LARRY G. VEGA, JR.,             )         ORDER
                                )
                Defendant.      )
_____)
```

      This matter is before the Court on defendant's motion to continue trial date (Filing No. 78).  The Court notes defendant has filed an affidavit of waiver of speedy trial (Filing No. 67).  Accordingly,

      IT IS ORDERED that the motion is granted; trial of this matter is rescheduled for:

**Tuesday, March 22, 2011, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  This will give the parties time to prepare for trial or pursue plea negotiations, and will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between January 24, 2011, and March 22, 2011, shall be deemed excludable time in any computation of time under the

requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 29th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court