IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR108 |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY G. VEGA, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's post-trial motions seeking a judgment of acquittal or, in the alternative, a motion for new trial (Filing No. 111).  The Court has reviewed the motions, defendant's memorandum in support thereof (Filing No. 112), and plaintiff's brief in opposition to defendant's post trial motions (Filing No. 115), and finds they should be denied.  Accordingly,

IT IS ORDERED that defendant's post-trial motions seeking a judgment of acquittal or, in the alternative, a motion for new trial are denied.

DATED this 17th day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court