IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR108 |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY G. VEGA, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        This matter is before the Court on defendant's request

for detention review hearing (Filing No. 106).  A hearing was

held but defendant has failed to submit supporting documentation

concerning exceptional circumstances that would warrant his

release.  Accordingly,

        IT IS ORDERED that defendant's request to review

detention is denied.

        DATED this 18th day of May, 2011.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court